UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HEZI TORATI,

                Plaintiff,

v.

EXPERIAN SERVICES CORP., and
EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendants.

------------------------------------------------------------------x

Civil Action No.
2:20-cv-01088-RRM-ARL

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned attorneys of record for parties that have appeared in the above-entitled action, that whereas no party hereto is an infant or incompetent for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the above-entitled action, and the above-entitled action be and is hereby discontinued with prejudice and without costs as to any party;

**STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, which when taken together shall constitute one complete document, signatures appearing hereon transmitted via facsimile or electronic means shall be deemed original and enforceable as such; and it is further

**STIPULATED AND AGREED**, and this Stipulation may be filed with the Clerk of the Court without further notice.

Dated: May 8, 2020
       New York, New York

/s/: William J. Fallon
William J. Fallon, Esq.
PO Box 575
Rockville Centre, NY 11571
27 William Street, Suite 1205

/s/: Cealagh P. Fitzpatrick
Cealagh P. Fitzpatrick
JONES DAY
250 Vesey Street
New York, New York 10281-1047

| | |
|---|---|
| New York, NY 10005<br>Tel: (212) 776-9219<br>Email: will@wjfallonlaw.com<br>Attorney for Plaintiff | Tel: (212) 326-3648<br>Fax: (212) 755-7306<br>Email: cfitzpatrick@jonesday.com<br>Attorney for Defendant<br>Experian Information Solutions, Inc. |